IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               Plaintiff, )<br>vs. )<br>                        )<br>WILLIAM TILLMAN, )<br>              Defendant. )<br>and )<br>                        )<br>THE TEACHERS' AND STATE EMPLOYEES' )<br>RETIREMENT SYSTEM OF N.C., )<br>              Garnishee. ) | CASE NO. DNCW1:09CR102<br>(Financial Litigation Unit) |

## DISMISSAL OF CONSENT ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Garnishment filed in this case against Defendant, William Tillman, is DISMISSED.

Signed: April 4, 2012

Dennis L. Howell
United States Magistrate Judge